# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1581

_____

Michael Carmie Antonelli,         *
                                        *

          Appellant,        *
                                        *   Appeal from the United States

v.                     *   District Court for the
                                        *   Eastern District of Arkansas.

Michael Gaines, Chairman, United  *
States Parole Commission,      *   [UNPUBLISHED]
                                        *

         Appellee.        *

_____

Submitted: April 5, 2007
Filed: April 10, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael Carmie Antonelli appeals following the district court's[1] dismissal of his 28 U.S.C. § 2241 petition and denial of his motion for reconsideration. We conclude that the dismissal of the section 2241 petition was proper for the reasons explained by the district court, see United States v. Lurie, 207 F.3d 1075, 1076 (8th Cir. 2000) (de novo standard of review for § 2241 petition), and that the district court

_____

[1]The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

did not abuse its discretion in denying the motion for reconsideration, <u>see</u> <u>Davidson</u> <u>& Schaaff, Inc. v. Liberty Nat. Fire Ins. Co.</u>, 69 F.3d 868, 871 (8th Cir. 1995) (abuse-of-discretion standard of review for reconsideration motion).

Accordingly, we deny Antonelli's motions on appeal, and we affirm the district court's judgment. <u>See</u> 8th Cir. R. 47B.

_____